| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  KRISTIN S. DOOR, SBN 84307<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2723 | <br><br>OCT 17 2006<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>           DEPUTY CLERK |

5  Attorney for Plaintiff

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | 2:06-SW-0298-KJM |
| 12 |                            ) | 2:06-SW-0299-KJM |
|    |         Plaintiff,         ) | 2:06-SW-0300-KJM |
| 13 |                            ) | 2:06-SW-0301-KJM |
|    |   v.                       ) | 2:06-SW-0302-KJM |
| 14 |                            ) | 2:06-SW-0303-KJM |
|    | IN RE MATTER OF SEIZURE    ) | 2:06-SW-0304-KJM |
| 15 | WARRANTS FOR CERTAIN FUNDS ) | 2:06-SW-0305-KJM |
|    | AND VEHICLES               ) | 2:06-SW-0306-KJM |
| 16 |                            ) |                  |
|    |                            ) | ~~[PROPOSED]~~ UNSEALING ORDER |

18     On October 13, 2006, the Court entered a sealing order on
19  the affidavit and seizure warrants numbered: 2:06-SW-0298-KJM
20  through 2:06-SW-0306-KJM.  The United States now requests that
21  the affidavit and seizure warrants listed above be unsealed.

22     IT IS SO ORDERED.

23  DATED: 10/17/06

                                    _____
                                    KIMBERLY J. MUELLER
24                                  UNITED STATES MAGISTRATE JUDGE